# Loria Ann PATTERSON, Plaintiff–Appellant,

v.

# The AMERICAN KENNEL CLUB, a/k/a American Kennel Club, Incorporated, Defendant–Appellee.

## No. 02–2203.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 18, 2002.

Decided Jan. 10, 2003.

Loria Ann Patterson, Appellant Pro Se. Charles Matthew Keen, Sheri Lea Roberson, Ogletree, Deakins, Nash, Smoak & Stewart, Raleigh, North Carolina, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Loria Ann Patterson appeals the district court's order accepting the magistrate judge's recommendation to grant Defendant's motion for sanctions and dismiss her claims under the Equal Pay Act. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Patterson v. Am. Kennel Club,* No. CA–01–20–5–BR (E.D.N.C. Sept. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*